Affirmed and Majority and Concurring Opinions filed November 23, 2005









Affirmed and Majority and Concurring Opinions filed November
23, 2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00482-CR

____________

 

BRANT RAY
BLANCHARD, Appellant

 

V.

 

THE STATE
OF TEXAS, Appellee

___________________________________________________

 

On Appeal from the 185th District Court

Harris County, Texas

Trial Court Cause No. 955,512

___________________________________________________

 

C O N C U R R I N G   O P I N I O N

Notwithstanding my concern about
the trial court=s
limitation of time for completion of voir dire, I am constrained by controlling
authority to concur with the majority.  

The trial court exercised its
discretion after hearing conflicting evidence relative to misconduct by juror
number eleven and overruled appellant=s motion
for new trial.  We must defer to the
trial court=s decision to accept or reject
any part of the testimony proffered by appellant=s trial
counsel.  Ford v. State, 129
S.W.3d 541, 547 (Tex. App.CDallas,
2003 pet. ref=d).








I write to express my deep
concern about the judicial penchant for time restrictions on voir dire.  During oral argument, appellant=s counsel
suggested that appellant=s trial
attorney was forced to rely on the accuracy and completeness of jurors= answers
to the State=s questions because of the trial
court=s time
constraints.  The trial court allowed
thirty minutes for each side.  It is my
considered opinion that a thirty-minute limitation for voir dire effectively
precludes defense counsel from fulfilling the requirement to ask specific
questions of each juror in order to preserve error for juror misconduct.  See Gonzales v. State, 3 S.W.3d
915, 916 (Tex. Crim. App. 1999); Armstrong v. State, 897 S.W.2d 361, 363B64 (Tex.
Crim. App. 1995).

 

/s/        Charles W. Seymore

Justice

 

Judgment
rendered and Majority and Concurring Opinions filed November 23, 2005.

Panel
consists of Justices Hudson, Edelman, and Seymore.  (Hudson, J., majority.)

Do Not
Publish C Tex. R. App. P. 47.2(b).